# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Aurora Camacho,<br><br>        Plaintiff,<br><br>    v.<br><br>Liberty Life Assurance Company of Boston; BBVA Compass Bancshares, Inc.; BBVA Compass Bancshares, Inc. Disability Plan,<br><br>        Defendants. | Case No.  CV 13-02180-PHX-JAT<br><br>**ORDER** |
| Liberty Life Assurance Company of Boston,<br><br>        Counter-Claimant,<br><br>    v.<br><br>Aurora Camacho<br><br>        Counter-Defendant. | |

IT IS HEREBY ORDERED, approving the parties' stipulation (Doc. 24) such that the parties have up to and including May 9, 2014 to file the appropriate dismissal documents in this matter.

/ / /

/ / /

-1-

-2-

1       IT IS FURTHER ORDERED that the Clerk shall dismiss this matter without
2  further notice on May 12, 2014.
3       Dated this 21st day of April, 2014.

James A. Teilborg
Senior United States District Judge